IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

COREY KEITH,

    Plaintiff,

v.                                                                                                   2:24-CV-010-Z-BR

TEXAS TECH MEDICAL CENTER, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint in part under 28 U.S.C. § 1915A. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 36.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the following claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b): (1) Plaintiff's Section 1983 claims against Defendants Texas Department of Criminal Justice, Texas Tech University Health Sciences Center and Bryan Collier and (2) Plaintiff's Americans With Disabilities Act/Rehabilitation Act claims against Defendants PA Burch and Collier. Remaining in the case are (1) the Section 1983 claim against Burch and (2) the ADA/RA claims against TDCJ and TTUHSC.

**SO ORDERED.**

December 13, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE