IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| COREY KEITH, TDCJ-CID No. 2134348, Plaintiff, v. TEXAS TECH MEDICAL CENTER, *et al.*, Defendants. | 2:24-CV-010-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to grant in part and deny in part Defendants' Motion for Summary Judgment. ECF No. 71. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 71. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendant Paul A. Burch's Motion to Dismiss Plaintiff's monetary damages claim against him in his official capacity is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(1). His Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **DENIED**.

**SO ORDERED.**

May 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE